bursements, on the authority of Foote v. Lathrop, 41 N. Y. 358, and People ex rel. Brush v. Brown,· 103 N. Y. 684, 9 N. E. 327. See, also, sections 1342 and 2260 of the Code of Civil Procedure.

JACKSON v. EGAN et al. (two cases). Appeal of BROOKLYN BUILDERS' SUPPLY CO. (Supreme Court, Appellate Division, Second Department.· November 24, 1909.) Action by Benjamin F. Jackson against Andrew Egan and others. No opinion. Motion to dismiss appeal denied, without costs.

JACKSON v. EGAN et al. Appeal of ROBINS. (Supreme Court, Appellate Division, Second Department. .November 24, 1909.) Action by Benjamin F. Jackson against Andrew Egan and others. No opinion. Motion to dismiss appeal denied, without costs.

JACOBS et al., Respondents, v. FERGUSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Philip Jacobs and another against Ferdinand S. Ferguson, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

JACOBSON, Appellant, v. MOTLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by John Jacobson against Alfred H. Motley and another.
PER CURIAM. Judgment of the Municipal Court reversed, and a new trial ordered, costs to abide the event, on the ground that plaintiff has failed to show compliance with the conditions of the contract entitling him to recover any sum thereunder after, the 31st day of October, 1908.

JONES, Appellant, v. DENNEHY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by John R. Jones against Mary M. Dennehy and another. No opinion. Motion to dismiss appeal granted, with costs.

JONES, Appellant, v. HARTWELL, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by James H. Jones against Horace E. Hartwell.
PER CURIAM. Under section 537. of the Code of Civil Procedure, the order is not appealable. The appeal is therefore dismissed.

JOHN D. PARK & SONS CO. v. HUBBARD. (Supreme Court, Appellate Division, First Department. November 12,· 1909.) Action by the John D. Park & Sons Company against Charles Hubbard. N. B. Beecher, for appellant. A. C. Parker, for respondent. No opinion. On plaintiff's appeal, order affirmed, with $10 costs and disbursements. Order filed. See, also, 119 N. Y. Supp. 347, 352.

JOUBIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Eliza Frances Joubin, as administratrix, etc., of George H. Joubin, deceased, against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with costs. See, also, 131 App. Div. 911, 115 N. Y. Supp. 1127.

KAPLAN, Appellant, v. E. G. POTTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Louis Kaplan, doing business as the National Show Case Company, against the E. G. Potter Company. No opinion. Judgment · of the Municipal Court affirmed, with costs.

KAUFMAN, Respondent, v. JOHN C. WIARDA & CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Max Charles Kaufman against John C. Wiarda & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

KEITH, Appellant, v. MUTUAL LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Boudinot Keith against the Mutual Life Insurance Company. E. V. Abbott, for appellant. H. Swain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEITH v. MUTUAL LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Boudinot Keith, as trustee, against the Mutual Life Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

KELLY, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Michael Kelly, as administrator, etc., against the New York, Chicago & St. Louis Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that as matter of law plaintiff's intestate .was guilty of contributory negligence.

KENNEDY v. FLYNN et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Michael J. Kennedy, as executor, etc., of Michael J. Coffey, deceased, against Patrick H. Flynn and others.
PER CURIAM. Order reversed, with $10 costs and disbursements, and account directed